**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2093**

_____

DONAT CALEB PORTER,

        Plaintiff - Appellant,

      v.

MERRICK B. GARLAND, Attorney General; JOSHUA STEIN, Attorney General
of North Carolina; ROXANN H. VANEEKHOVEN; JENNIFER M. TAYLOR;
CASEY E. WALLACE; MARTIN B. MCGEE; DAVID BRENT CLONINGER;
BENJAMIN G. GOFF; VAN SHAW; DAVID BRADSON RILEY; JOSH W.
HELMS; JAMES N. BAILEY; KEVIN PFISTER; DUSTIN GROOMS; JAMES
ROMINGER; CITY OF CONCORD,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Loretta C. Biggs, District Judge.  (1:20-cv-00573-LCB-JEP)

_____

Submitted:  March 23, 2022                    Decided:  July 28, 2022

_____

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Donat Caleb Porter, Appellant Pro Se.  Richard Martin Koch, LAW OFFICES OF
RICHARD M. KOCH, PA, Charlotte, North Carolina; Steven Andrew Bader, Raleigh,
North Carolina, Patrick Houghton Flanagan, CRANFILL SUMNER, LLP, Charlotte,

North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donat Caleb Porter appeals the district court's order and judgment dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Porter v. Garland*, No. 1:20-cv-00573-LCB-JEP (M.D.N.C. Aug. 6, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*